# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Nehemiah Kong

          Plaintiff,

v.

Paul Nunneri et al

          Defendants.

Case No.  CV 18-02935-AB (JCx)

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 20, 2018

            _____
            ANDRÉ BIROTTE JR.
            UNITED STATES DISTRICT JUDGE